## FEE WAIVER

Everyone who files for bankruptcy must pay a filing fee to the Court. For a Chapter 7 case, the filing fee is $335 and for a Chapter 13 bankruptcy, the filing fee is $310. The filing fee is used to pay administrative costs for your bankruptcy. When you file bankruptcy, a trustee is assigned to your case to oversee the process. They handle your case from beginning to end to make sure that everything you listed on your bankruptcy forms is true and correct. They also make sure that you don't own assets that are not exempt. The filing fee is used towards paying them for their work for administering and overseeing your case, among other things. If you can't pay the filing fee, you may be able to get the filing fee waived, if you're eligible, or pay the fee in installments after filing your bankruptcy case, once you're protected by the automatic stay.

If you are thinking about filing a Chapter 7 bankruptcy, you will need to complete Official Form 103B, Application to Have the Chapter 7 Filing Fee Waived. You must show the Court that you can't afford to pay the fee at all. To be eligible for a fee waiver, your income must be below 150% of the federal poverty guidelines. These limits are published by the U.S. Department of Health and Human Services. In addition to the income limit on eligibility, you must also show the Court that you can't pay the filing fee in installments over 120 days after your case has been filed to be granted a fee waiver. There is no guarantee that the Court will grant your fee waiver request.

## PERDON DE PAGO

Todos los que se declaran en quiebra deben pagar una tarifa de presentación al Tribunal. Para un caso del Capítulo 7, la tarifa de presentación es de $ 335 y para una bancarrota del Capítulo 13, la tarifa de presentación es de $ 310. La tarifa de presentación se utiliza para pagar los costos administrativos de su quiebra. Cuando se declara en bancarrota, se asigna un administrador a su caso para supervisar el proceso. Ellos manejan su caso de principio a fin para asegurarse de que todo lo que anotó en sus formularios de quiebra sea verdadero y correcto. También se aseguran de que no sea propietario de activos que no estén exentos. La tarifa de presentación se utiliza para pagarles el trabajo de administración y supervisión de su caso, entre otras cosas. Si no puede pagar la tarifa de presentación, es posible que pueda obtener una exención de la tarifa de presentación, si es elegible, o pagar la tarifa en cuotas después de presentar su caso de quiebra, una vez que esté protegido por la suspensión automática.

Si está pensando en declararse en bancarrota del Capítulo 7, deberá completar el Formulario oficial 103B, Solicitud de exención de la tarifa de presentación del Capítulo 7. Debe demostrarle al Tribunal que no puede pagar la tarifa en absoluto. Para ser eligible para una exención de tarifas, sus ingresos deben estar por debajo del 150% de las pautas federales de pobreza. Estos límites son publicados por el Departamento de Salud y Servicios Humanos de EE. UU. Además del límite de ingresos de elegibilidad, también debe demostrarle al Tribunal que no puede pagar la tarifa de presentación en cuotas durante 120 días después de que se haya presentado su caso para que se le otorgue una exención de tarifa. No hay garantía de que el Tribunal otorgue su solicitud de exención de tarifas.

Dated: 12-10-2020          By: _____
                           Client: