UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Alejandra Pena

Case No.
Chapter 7

_____ Debtor _____ /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__  Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____  Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____  Copies of all payment advices **are not** attached because the debtor:
   ___ receives disability payments
   ___ is unemployed and does not receive unemployment compensation
   ___ receives Social Security payments
   ___ receives a pension
   ___ does not work outside the home
   ___ is self employed and does not receive payment advices

_____  None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____  Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____  Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)          Page 1 of 2

_____ Copies of payment advices **are not** attached because the joint debtor:
    ____receives disability payments
    ____is unemployed and does not receive unemployment compensation
    ____receives Social Security payments
    ____receives a pension
    ____does not work outside the home
    ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_[signature]_____    Date: 02/05/2021
Signature of Attorney or Debtor


_____    Date: _____
Signature of Joint Debtor, if applicable

LF-10 (rev. 12/01/09)    Page 2 of 2

**Netbus Inc**
16192 COASTAL HWY
844-794-7728
Lewes, DE 19958

paylocity

Direct Deposit Advice

**Check Date**
January 15, 2021

**Voucher Number**
5367

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 687.49 |
| **Total Direct Deposits** | | | 687.49 |

103720   100-5   193  5367  3813          103720

**Alejandra Pena**
11855 SW 18th Terrace
Unit 68
Miami, FL  33175

**Non Negotiable - This is not a check - Non Negotiable**

**Netbus Inc**

**Alejandra Pena**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 193 | Fed Taxable Income | 760.73 | |
| Location | 100-5 | Fed Filing Status | S | |
| Hourly | $15.00 | State Filing Status | | |

| Check Date | January 15, 2021 |
|---|---|
| Period Beginning | January 2, 2021 |
| Period Ending | January 8, 2021 |

| Voucher Number | 5367 |
|---|---|
| Net Pay | 687.49 |
| Total Hours Worked | 40.30 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 153.98 | 224.18 |
| Holiday | | | | 120.00 |
| Overtime | 22.50 | 0.30 | 6.75 | 6.75 |
| Regular | 15.00 | 40.00 | 600.00 | 1,080.00 |
| **Gross Earnings** | | 40.30 | 760.73 | 1,430.93 |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 760.73 | 20.04 | 29.22 |
| FL | | 760.73 | 0.00 | 0.00 |
| MED | | 760.73 | 11.03 | 20.75 |
| SS | | 760.73 | 47.17 | 88.72 |
| **Taxes** | | | 78.24 | 138.69 |

| Deductions | Amount | YTD |
|---|---|---|
| Equip Lease Stipend | -5.00 | -10.00 |
| **Deductions** | -5.00 | -10.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 687.49 |
| **Total Direct Deposits** | | | 687.49 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Full Time | 40.88 | 5.32 |

Netbus Inc | 16192 COASTAL HWY 844-794-7728 Lewes, DE 19958 | (619) 920-9025 | FEIN: 45-4636475 | FL: 3594821

**Netbus Inc**
16192 COASTAL HWY
844-794-7728
Lewes, DE 19958

paylocity

Direct Deposit Advice

**Check Date**
January 22, 2021

**Voucher Number**
5481

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 655.04 |
| **Total Direct Deposits** | | | **655.04** |

103720    100-5    193  5481  3892          103720

**Alejandra Pena**
11855 SW 18th Terrace
Unit 68
Miami, FL  33175

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Netbus Inc

**Alejandra Pena**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 193 | Fed Taxable Income | 720.33 | Check Date | January 22, 2021 |
| Location | 100-5 | Fed Filing Status | S | Period Beginning | January 9, 2021 |
| Hourly | $15.00 | State Filing Status | | Period Ending | January 15, 2021 |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 5481 |
| Net Pay | 655.04 |
| Total Hours Worked | 40.13 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 117.40 | 341.58 |
| Holiday | | | | 120.00 |
| Overtime | 22.50 | 0.13 | 2.93 | 9.68 |
| Regular | 15.00 | 40.00 | 600.00 | 1,680.00 |
| **Gross Earnings** | | **40.13** | **720.33** | **2,151.26** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 720.33 | 15.19 | 44.41 |
| FL | | 720.33 | 0.00 | 0.00 |
| MED | | 720.33 | 10.44 | 31.19 |
| SS | | 720.33 | 44.66 | 133.38 |
| **Taxes** | | | **70.29** | **208.98** |

| Deductions | Amount | YTD |
|---|---|---|
| Equip Lease Stipend | -5.00 | -15.00 |
| **Deductions** | **-5.00** | **-15.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 655.04 |
| **Total Direct Deposits** | | | **655.04** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Full Time | 42.42 | 5.32 |

**Netbus Inc**
16192 COASTAL HWY
844-794-7728
Lewes, DE 19958

Direct Deposit Advice



**Check Date**
January 29, 2021

**Voucher Number**
5658

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 757.27 |
| **Total Direct Deposits** | | | 757.27 |

Direct Deposit Voucher

103720  100-5  193  5658  4012        103720

**Alejandra Pena**
11855 SW 18th Terrace
Unit 68
Miami, FL  33175

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Netbus Inc

**Alejandra Pena**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 193 | Fed Taxable Income | 847.57 | |
| Location | 100-5 | Fed Filing Status | S | |
| Hourly | $15.00 | State Filing Status | | |

| | |
|---|---|
| Check Date | January 29, 2021 |
| Period Beginning | January 16, 2021 |
| Period Ending | January 22, 2021 |

| | |
|---|---|
| Voucher Number | 5658 |
| Net Pay | 757.27 |
| Total Hours Worked | 40.15 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 124.19 | 465.77 |
| Holiday | 15.00 | 8.00 | 120.00 | 240.00 |
| Overtime | 22.50 | 0.15 | 3.38 | 13.06 |
| Regular | 15.00 | 40.00 | 600.00 | 2,280.00 |
| **Gross Earnings** | | 48.15 | 847.57 | 2,998.83 |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 847.57 | 30.46 | 74.87 |
| FL | | 847.57 | 0.00 | 0.00 |
| MED | | 847.57 | 12.29 | 43.48 |
| SS | | 847.57 | 52.55 | 185.93 |
| **Taxes** | | | 95.30 | 304.28 |

| Deductions | Amount | YTD |
|---|---|---|
| Equip Lease Stipend | -5.00 | -20.00 |
| **Deductions** | -5.00 | -20.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| JP Morgan Chase | C | ***7882 | 757.27 |
| **Total Direct Deposits** | | | 757.27 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Full Time | 43.96 | 5.32 |

Netbus Inc | 16192 COASTAL HWY 844-794-7728 Lewes, DE 19958 | (619) 920-9025 | FEIN: 45-4636475 | FL: 3594821